# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DANIEL P. ZOLLARS,**

        **Plaintiff,**

vs.                                            **Civil Action 2:14-cv-2331**
                                                           **JUDGE SMITH**
                                                           **Magistrate Judge Deavers**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On February 8, 2016, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with the *Report and Recommendation*. (*Report and Recommendation*, Doc. No. 19).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**.  The Commissioner of Social Security's non-disability finding is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ for further consideration as set forth in detail in the *Report and Recommendation*.

The Clerk shall remove Document 19 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                                                     **/s/ *George C. Smith***
                                                                     **GEORGE C. SMITH, JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**